E-FILED
Thursday, 17 November, 2005 11:34:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATS DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
NOV 17 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 05 6054 |
| EDWARD L. WILLIAMS ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

NOW COMES, Defendant, EDWARD L. WILLIAMS, by his Attorneys, MCCALL LAW OFFICES, and hereby enters his appearance as Counsel of Record on behalf of the Defendant, Edward L. Williams.

Respectfully submitted,
EDWARD L. WILLIAMS, Defendant

By: _Christopher S. McCall_
McCall Law Offices, For the Firm.

McCall Law Offices
Attorneys at Law
MCCALL LAW OFFICES
2708 N. Knoxville Ave.
Peoria, IL  61604
Telephone:    (309) 686-0045
Facsimile:    (309) 682-6207

1