# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

EDWARD L. WILLIAMS

**WARRANT FOR ARREST**

CASE NUMBER: 05-M-6054-01

FILED
NOV 17 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    EDWARD L. WILLIAMS
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offenses)    Possession with Intent to Distribute Cocaine Base

in violation of Title  21  United States Code, Section(s)  841(a)(1) and (b)(1)(A)

John A. Gorman                          United States Magistrate Judge
Name of Issuing Officer                 Title of Issuing Officer

s/ John A. Gorman                       November 4, 2005 at Peoria, Illinois
Signature of Issuing Officer            Date and Location

Bail fixed at  $ No Bond - Detention Requested    by    s/ John A. Gorman
                                                        Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendants at  Peoria, IL

| DATE RECEIVED 11-7-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11-3-05 | Larsen - DEA | [signature] |