IN THE UNITED STATS DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EDWARD L. WILLIAMS ) | Case No. 05 6054 |
| ) | |
| Defendant. ) | |

FILED
NOV 1 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PROOF OF SERVICE

The undersigned employee of MCCALL LAW OFFICES, on oath states that a copy of the foregoing Entry of Appearance and a copy of this Proof of Service were delivered to the following on November 17, 2005 by mail:

US Attorney's Office
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, IL 61602

Respectfully submitted,

By: _____
McCall Law Offices, For the Firm.